IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| FELCO SA,<br><br>        Plaintiff,<br><br>v.<br><br>ZENPORT INDUSTRIES, INC.,<br><br>        Defendant. | Case No.: 2:17-cv-01502<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:<br>December 1, 2017** |

      The parties stipulate that defendant shall have a two-week extension from December 5, 2017, to and including December 19, 2017, to respond to the Complaint in this matter. This stipulation is made to allow the parties to complete the drafting of settlement documents.

      DATED this 1st day of December, 2017.

**STIPULATION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT**
Page - 1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

| | |
|---|---|
| 1<br>2 | GARVEY SCHUBERT BARER | STOLL STOLL BERNE LOKTING &<br>SHLACHTER P.C. |
| 3<br>4 | By: s/John B. Crosetto<br>    **John B. Crosetto**, WSBA No. 36667 | By: s/Timothy S. DeJong<br>    **Timothy S. DeJong**, WSBA No. 20941 |
| 5<br>6<br>7<br>8 | Second & Seneca Building<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101-2939<br>Telephone: (206) 816.1529<br>Facsimile: (206) 464-0125<br>Email: jcrosetto@gsblaw.com | 209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>Email: tdejong@stollberne.com<br><br>**Attorneys for Defendant** |
| 9 | **Attorneys for Plaintiff** | |

IT IS SO ORDERED.

December 1, 2017    _____
                    Unites States District Court Judge

**STIPULATION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT**
Page - 2

# CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Crosetto          jcrosetto@gsblaw.com

DATED this 1st day of December, 2017.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
      **Timothy S. DeJong**, WSBA No. 20941

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com

**Attorneys for Defendant**

CERTIFICATE OF SERVICE
Page - 3

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840